# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CLEVELAND HANKERSON, | : |
| Petitioner | : |
| v. | : 5:06-CV-106 (WDO) |
| UNITED STATES OF AMERICA, | : 5:91-CR-10 (WDO) |
| Respondent | : |

## ORDER

This matter is before the Court on the Report and Recommendation to deny Petitioner's motion to modify his sentence. Petitioner contends that Amendment 591 to the Sentencing Guidelines provides a basis for modification of his sentence. However, Amendment 591 does not affect his sentence as he was sentenced as a Career Offender. United States v. White, 163 Fed. Appx. 834, 836-837 (11th Cir. 2006). The Recommendation is ADOPTED and made the order of the Court and the motion to modify sentence is DENIED.

SO ORDERED this 30th day of May, 2006.

WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE