# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CLEVELAND HANKERSON,** | : |
| | : |
| **Petitioner** | : |
| | : |
| v. | :  **5:06-CV-106 (WDO)** |
| **UNITED STATES OF AMERICA,** | :  **5:91-CR-10 (WDO)** |
| | : |
| **Respondent** | : |

### ORDER

This matter is before the Court on the Report and Recommendation to deny Petitioner's motion to modify his sentence. Petitioner contends that Amendment 591 to the Sentencing Guidelines provides a basis for modification of his sentence. However, Amendment 591 does not affect his sentence as he was sentenced as a Career Offender. United States v. White, 163 Fed. Appx. 834, 836-837 (11th Cir. 2006). The Recommendation is ADOPTED and made the order of the Court and the motion to modify sentence is DENIED.

**SO ORDERED this 30th day of May, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**